FILED MAIL USBC
JAX, FL SEP 15'25

## Form 416D  Caption for Use in Adversary Proceeding

# United States Bankruptcy Court

Middle _____ District Of _Florida_

In re _____,

Debtor
_Natasha Jones_ ,

Plaintiff
_Natasha Jones_ ,

Defendant
_Department Of Education/Aidvantage_

Case No.
_____

Chapter
_____

Adv. Proc. No.
_____

COMPLAINT [*or* other designation]

[If in a Notice of Appeal and Statement of Election (see Form 417A) or other notice filed and served by the debtor, the caption must be altered to include the debtor's address and Employer's Tax Identification Numbers(s) or last four digits of Social Security Number(s) as in Form 416A]

# Draft Complaint to Determine Dischargeability of Student Loan Debt

*(11 U.S.C. § 523(a)(8))*

**Natasha Jones**
4809 Plymouth St, Apt 1
Jacksonville, FL, 32205
904-468-3352
tashtashnicole@gmail.com

**Pro Se Plaintiff**

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re:
**Natasha Jones,**
Debtor.

Case No:

Chapter 7

_____/

**Natasha Jones,**
Plaintiff,

v.

**Aidvantage,**
Defendant.

Adversary Proceeding No: _____

# COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOAN DEBT

Plaintiff, **Natasha Jones,** respectfully alleges:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this adversary proceeding under 28 U.S.C. §§ 157 and 1334, and Federal Rule of Bankruptcy Procedure 7001.
2. This is a core proceeding under 28 U.S.C. § 157(b)(2)(I).
3. Venue is proper in this District pursuant to 28 U.S.C. § 1409.

## PARTIES

4. Plaintiff, **Natasha Jones,** is the debtor in the above-captioned Chapter 7 bankruptcy case.
5. Defendant, **Aidvantage,** is a creditor asserting claims based on student loan obligations allegedly owed by Plaintiff.

## FACTS

6. Plaintiff filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code on [Date of Bankruptcy Filing].
7. Among the debts scheduled by Plaintiff are educational loans owed to Defendant in the approximate amount of **$15,162.27**.
8. Repayment of these loans would impose an **undue hardship** on Plaintiff and Plaintiff's dependent, within the meaning of 11 U.S.C. § 523(a)(8).

## BASIS FOR UNDUE HARDSHIP

9. Plaintiff cannot maintain a minimal standard of living if forced to repay the student loan debt, due to limited income and necessary expenses.
10. Plaintiff's current financial circumstances are unlikely to materially improve in the foreseeable future because of [health condition, caregiving duties, age, limited earning capacity, or other circumstances].
11. Plaintiff has made good faith efforts to repay the loans, including [list examples: making payments when able, applying for income-driven repayment, seeking deferments/forbearance, etc.].

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment:

A. Determining that repayment of Plaintiff's student loan obligations would impose an undue hardship under 11 U.S.C. § 523(a)(8);

B. Discharging Plaintiff's student loan debt owed to Defendant; and

C. Granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

Date: September 6, 2025

Natasha Jones

Pro Se Plaintiff

FILED MAIL USBC
JAX, FL SEP15'25

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE ___Middle___ DISTRICT OF ___Florida___

In re:

)
)
)
)
)

Debtors.

_Natasha Ayres_

Plaintiff,

v.

UNITED STATES DEPARTMENT
OF EDUCATION, [et al.],

Defendant[s].

_AidVantage_

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
Chapter [7]

Adversary Pro. _____

ATTESTATION OF [ Natasha A. ] IN SUPPORT
OF REQUEST FOR STIPULATION CONCEDING
DISCHARGEABILITY OF STUDENT LOANS

*PLEASE NOTE: This Attestation should be submitted to the Assistant United States Attorney
handling the case. It should not be filed with the court unless such a filing is directed by the
court or an attorney.*

I, [ Natasha Ayres ], make this Attestation in support of my claim that excepting

the student loans described herein from discharge would cause an "undue hardship" to myself

and my dependents within the meaning of 11 U.S.C. §523(a)(8). In support of this Attestation, I

state the following under penalty of perjury:

I. PERSONAL INFORMATION

1.      I am over the age of eighteen and am competent to make this Attestation.

-1-

2. I reside at 4809 Plymouth St, APt 1 [address], in Duval County, FL [state].

3. My household includes the following persons (including myself):

Natasha Ayers [full name] 34 [age] Self [self]

Halo Ayers [full name] 9 [age] Daughter [relationship]

_____ [full name] _____ [age] _____ [relationship]

_____ [full name] _____ [age] _____ [relationship]

_____ [full name] _____ [age] _____ [relationship]

_____ [full name] _____ [age] _____ [relationship]

*Questions four through eight request information related to your outstanding student loan debt and your educational history. The Department of Education will furnish this information to the Assistant United States Attorney ("AUSA") handling your case, and it should be provided to you. If you agree that the information provided to you regarding your student loan debt and educational history is accurate, you may simply confirm that you agree, and these questions do not need to be completed. If you have not received the information from Education or the AUSA at the time you are completing this form, or if the information is not accurate, you may answer these questions based upon your own knowledge. If you have more than one student loan which you are seeking to discharge in this adversary proceeding, please confirm that the AUSA has complete and accurate information for each loan, or provide that information for each loan.*

4. I confirm that the student loan information and educational history provided to me and attached to this Attestation is correct and complete: YES ✓ NO ☐ No Information Provided ☐

[If you answered anything other than "YES," you must answer questions five through eight].

5. The outstanding balance of the student loan[s] I am seeking to discharge in this adversary proceeding is $_____.

6.    The current monthly payment on such loan[s] is _____. The loan[s] are scheduled to be repaid in _____ [month and year] **[OR]** ☐ My student loan[s] went into default in _____ [month and year].

7.    I incurred the student loan[s] I am seeking to discharge while attending _____, where I was pursuing a _____ degree with a specialization in _____.

8.    In _____ [month and year], I completed my course of study and received a _____ degree. **[OR]** In _____ [month and year], I left my course of study and did not receive a degree.

9.    I am currently employed as a _____. My employer's name and address is _____ **[OR]** ☑ I am not currently employed.

## II. CURRENT INCOME AND EXPENSES

10.    I do not have the ability to make payments on my student loans while maintaining a minimal standard of living for myself and my household. I submit the following information to demonstrate this:

### A. *Household Gross Income*

11.    My current monthly household *gross* income from all sources is $_0_____.[1] This amount includes the following monthly amounts:

_____0_____

---

[1] "Gross income" means your income before any payroll deductions (for taxes, Social Security, health insurance, etc.) or deductions from other sources of income. You may have included information about your gross income on documents previously filed in your bankruptcy case , including Form B 106I, Schedule I - Your Income (Schedule I). If you filed your Schedule I within the past 18 months and the income information on those documents has not changed, you may refer to that document for the income information provided here. If you filed Schedule I more than 18 months prior to this Attestation, or your income has changed, you should provide your new income information.

<u>O</u>_____ my ***gross*** income from employment (if any)
<u>O</u>_____ my unemployment benefits
<u>O</u>_____ my Social Security Benefits
_____ my _____
_____ my _____
_____ my _____
_____ ***gross*** income from employment of other members of household
_____ unemployment benefits received by other members of household
_____ Social Security benefits received by other members of household
_____ other income from any source received by other members of household

12.  The current monthly household gross income stated above (select which applies):

☐ Includes a monthly average of the gross income shown on the most recent tax

return[s] filed for myself and other members of my household, which are attached, and

the amounts stated on such tax returns have not changed materially since the tax year of

such returns; OR

☐ Represents an average amount calculated from the most recent two months of

gross income stated on four (4) consecutive paystubs from my current employment,

which are attached; OR

☑ My current monthly household gross income is not accurately reflected on either

recent tax returns or paystubs from current employment, and I have submitted instead the

following documents verifying current gross household income from employment of

household members:

_____

13.  In addition, I have submitted <u>N/A - I have no other</u> verifying the sources of
     <u>sources of income not shown on tax returns or paystubs</u>
income other than income from employment, as such income is not shown on [most recent tax

return[s] or paystubs].

### B. *Monthly Expenses*

14.     My current monthly household expenses do/do not exceed the amounts listed

below based on the number of people in my household for the following categories:

(a)     Living Expenses[2]

i.      My expenses for food                          do exceed ☐ do not exceed ☑
        $497 (one person)
        $863 (two persons)
        $1,068 (three persons)
        $1,255 (four persons)

ii.     My expenses for housekeeping supplies          do exceed ☐ do not exceed ☑
        $45 (one person)
        $75 (two persons)
        $82 (three persons)
        $91 (four persons)

iii.    My expenses for apparel & services             do exceed ☐ do not exceed ☑
        $93 (one person)
        $181 (two persons)
        $188 (three persons)
        $276 (four persons)

iv.     My expenses for (non-medical) personal
        care products and services                     do exceed ☐ do not exceed ☑
        $50 (one person)
        $91 (two persons)
        $94 (three persons)
        $117 (four persons)

v.      My miscellaneous expenses (not included
        elsewhere on this Attestation)                 do exceed ☑ do not exceed ☐
        $154 (one person)
        $271 (two persons)
        $321 (three persons)
        $390 (four persons)

vi.     My total expenses in these categories          do exceed ☑ do not exceed ☐
        $839 (one person)

*mostly Electricity, Water*

[2] The living expenses listed in Question 14 and 15 have been adopted from the Internal Revenue Service Collection Financial Standards "National Standards" and "Local Standards" for the year in which this form is issued. This form is updated annually to reflect changes to these expenses.

$1,481 (two persons)
$1,753 (three persons)
$2,129 (four persons in household)
Add $394 per each additional member if more than four in household.

If you answered that your total expenses for any of the categories (i) through (v) exceed the applicable amount listed in those categories, and you would like the AUSA to consider your additional expenses for any such categories as necessary, you may list the total expenses for any such categories and explain the need for such expenses here. (You do not need to provide any additional information if you answered that your total expenses did not exceed the applicable amount listed in subsection (vi)).

Rent : $1,244.74

Jea myway(electricity) $10.80

Water : $40.

Internet $189.

(b)     Uninsured medical costs:

My uninsured, out of pocket medical costs do exceed ☐ do not exceed ☑

$84 (per household member under 65)
$149 (per household member 65 or older)

If you answered that your uninsured, out of pocket medical costs exceed the listed amounts for any household member, and you would like the AUSA to consider such additional expenses as necessary, you may list the household member's total expenses and explain the need for such expenses here.

[If you filed a Form 122A-2 Chapter 7 Means Test or 122C-2 Calculation of Disposable Income in your bankruptcy case, you may refer to lines 6 and 7 of those forms for information.][3]

---

[3] Forms 122A-2 and 122C-2 are referred to collectively here as the "Means Test." If you filed a Means Test in your bankruptcy case, you may refer to it for information requested here and in

15. My current monthly household expenses in the following categories are as follows:

(a) Payroll Deductions

    i.      Taxes, Medicare and Social Security       $_____
           [You may refer to line 16 of the Means Test or Schedule I, line 5]

    ii.     Contributions to retirement accounts     $_____
           [You may refer to line 17 of the Means Test or Schedule I, line 5]

           Are these contributions required
           as a condition of your employment?      YES☐ / NO☐

    iii.    Union dues     $_____
           [You may refer to line 17 of the Means Test or Schedule I, line 5]

    iv.    Life insurance     $_____
           [You may refer to line 18 of the Means Test or Schedule I, line 5]

           Are the payments for a term policy      YES☐ / NO☐
           covering your life?

    v.     Court-ordered alimony and child support     $_____
           [You may refer to line 19 of the Means Test or Schedule I, line 5]

    vi.    Health insurance     $_____
           [You may refer to line 25 of the Means Test or Schedule I, line 5]

           Does the policy cover any persons other than
           yourself and your family members?      YES☐ / NO☐

    vii.   Other payroll deductions

           _____     $_____
           _____     $_____
           _____     $_____

---

other expense categories below. If you did not file a Means Test, you may refer to your Schedule I and Form 106J – Your Expenses (Schedule J) in the bankruptcy case, which may also list information relevant to these categories. You should only use information from these documents if your expenses have not changed since you filed them.

(b) Housing Costs[4]

|  | | |
|---|---|---|
| i. | Mortgage or <u>rent</u> payments | $ 950 x 7.62 = 7,247.74 |
| ii. | Property taxes (if paid separately) | $ |
| iii. | Homeowners or renters insurance (if paid separately) | $ |
| iv. | Home maintenance and repair (average last 12 months' amounts) | $ |
| v. | Utilities (include monthly gas, electric water, heating oil, garbage collection, residential telephone service, cell phone service, cable television, and internet service) | $ 249.00 |

7,247.74

(c) Transportation Costs

|  | | |
|---|---|---|
| i. | Vehicle payments (itemize per vehicle) | $ |
| ii. | Monthly average costs of operating vehicles (including gas, routine maintenance, monthly insurance cost) | $ |
| iii. | Public transportation costs | $ |

(d) Other Necessary Expenses

|  | | |
|---|---|---|
| i. | Court-ordered alimony and child support payments (if not deducted from pay) [You may refer to line 19 of Form 122A-2 or 122C-2 or Schedule J, line 18] | $ |
| ii. | Babysitting, day care, nursery and preschool costs [You may refer to line 21 of Form 122A-2 or 122C-2 or Schedule J, line 8][5] | $ |

Explain the circumstances making it necessary
for you to expend this amount:

rent & utilities are necessary for basic shelter &
living needs. I do not have the income to pay
these expenses at this time. I have been denied by
COS several times, NO other sources at all are available.

---

[4] You should list the expenses you actually pay in Housing Costs and Transportation Costs categories. If these expenses have not changed since you filed your Schedule J, you may refer to the expenses listed there, including housing expenses (generally on lines 4 through 6 of Schedule J) and transportation expenses (generally on lines 12, 15c and 17).

[5] Line 8 of Schedule J allows listing of expenses for "childcare and children's education costs." You should not list any educational expenses for your children here, aside from necessary nursery or preschool costs.

iii.    Health insurance                        $_____
(if not deducted from pay)
[You may refer to line 25 of the Means Test or Schedule J, line 15]

Does the policy cover any persons other than     YES ☐ / NO ☐
yourself and your family members?

iv.    Life insurance                           $_____
(if not deducted from pay)
[You may refer to line 25 of the Means Test or Schedule J, line 15]

Are the payments for a term policy         YES ☐ / NO ☐
covering your life?

v.    Dependent care (for elderly or disabled       $_____
family members)
[You may refer to line 26 of the Means Test or Schedule J, line 19]

Explain the circumstances making it necessary
for you to expend this amount:

vi.    Payments on delinquent federal, state or local tax debt   $_____
[You may refer to line 35 of the Means Test or Schedule J, line 17]

Are these payments being made pursuant     YES ☐ / NO ☐
to an agreement with the taxing authority?

vii.    Payments on other student loans           $_____
I am not seeking to discharge

viii.    Other expenses I believe necessary for       $_____
a minimal standard of living.

Explain the circumstances making it necessary
for you to expend this amount:

16.     After deducting the foregoing monthly expenses from my household gross income, I have __$\underline{10}$__ [no, or amount] remaining income.

17.     In addition to the foregoing expenses, I anticipate I will incur additional monthly expenses in the future for my, and my dependents', basic needs that are currently not met.[6] These include the following:

## III. FUTURE INABILITY TO REPAY STUDENT LOANS

18.     For the following reasons, it should be presumed that my financial circumstances are unlikely to materially improve over a significant portion of the repayment period (answer all that apply):

☐  I am age 65 or older.

☐  The student loans I am seeking to discharge have been in repayment status for at least 10 years (excluding any period during which I was enrolled as a student).

☑  I did not complete the degree for which I incurred the student loan[s].

Describe how not completing your degree has inhibited your future earning capacity:

I was unable to complete the program because of personal circumstances that took place. I was placed on a school S.A.P and dismissed because of my circumstances, causing me not to qualify for jobs that require that degree.

☐  I have a disability or chronic injury impacting my income potential.

---

[6] If you have forgone expenses for any basic needs and anticipate that you will incur such expenses in the future, you may list them here and explain the circumstances making it necessary for you to incur such expenses.

Describe the disability or injury and its effects on your ability to work, and indicate whether you receive any governmental benefits attributable to this disability or injury:

☐ I have been unemployed for at least five of the past ten years.

Please explain your efforts to obtain employment.

19. For the following additional reasons, my financial circumstances are unlikely to materially improve over a significant portion of the repayment period (answer all that apply):

☐ I incurred the student loans I am seeking to discharge in pursuit of a degree from an institution that is now closed.

Describe how the school closure inhibited your future earnings capacity:

☒ I am not currently employed.

☐ I am currently employed, but I am unable to obtain employment in the field for which I am educated or have received specialized training.

Describe reasons for inability to obtain such employment, and indicate if you have ever been able to obtain such employment:

I have been unemployed since March 2025 and have applied to multiple jobs(positions) related to my work Resume, but have been unable to secure employment due to Lack of transportation or Not qualified. My lack of consistent employment has prevented me from earning enough to repay my student loans.

☐ I am currently employed, but my income is insufficient to pay my loans and unlikely to increase to an amount necessary to make substantial payments on the student loans I am seeking to discharge.

Please explain why you believe this is so:

☑ Other circumstances exist making it unlikely I will be able to make payments for a significant part of the repayment period.

Explain these circumstances:

Unemployed since March 2025 and have no other current sources of income. Even when I was employed previously, as a single mom, my income was insufficient to cover basic living expenses and make meaningful payments towards my student loans.

## IV. PRIOR EFFORTS TO REPAY LOANS

20.     I have made good faith efforts to repay the student loans at issue in this proceeding, including the following efforts:

21.     Since receiving the student loans at issue, I have made a total of $ _____ in payments on the loans, including the following:

____ regular monthly payments of $ _____ each.

____ additional payments, including $ _____ , $ _____ , and $ _____ .

22.     I have applied for ✓ forbearances or deferments. I spent a period totaling 6 months in forbearance or deferment.

23.     I have attempted to contact the company that services or collects on my student loans or the Department of Education regarding payment options, forbearance and deferment options, or loan consolidation at least ___4___ times. They had switched from Navient to Advantage & unable to pull my information at times. However, I have been able to see, through online my loans.

-12-

24. I have sought to enroll in one or more "Income Driven Repayment Programs" or similar repayment programs offered by the Department of Education, including the following:

Description of efforts:

25. [If you did not enroll in such a program]. I have not enrolled in an "Income Driven Repayment Program" or similar repayment program offered by the Department of Education for the following reasons:

I have NOT enrolled in an Income Driven Repayment Program or Similar Program because I am currently unemployed and have NO income. I do Not have transportation to access in person resources, My vehicle broke down. I do not have family or support to assist me. Because I have NO current income, I am unable to make any payments + therefore have not enrolled.

26. Describe any other facts indicating you have acted in good faith in the past in attempting to repay the student loan(s) you are seeking to discharge. These may include efforts to obtain employment, maximize your income, or minimize your expenses. They also may include any efforts you made to apply for a federal loan consolidation, respond to outreach from a loan servicer or collector, or engage meaningfully with a third party you believed would assist you in managing your student loan debt.

I have tried to obtain employment and maximize income, including DoorDashing, sewing ruffle socks, selling food. I have consistently tried to minimize my expenses by Living within my means and forging non-essential costs. I have responded by deferments + forebearance, but due to me not having available income, lack of transportation, limited opportunities of work I have acted in good faith to seek ways to improve my financial situation and maintain my obligations whenever

-13-

## V. <u>CURRENT ASSETS</u>

27.    I own the following parcels of real estate:

Address:                    _____

                            _____

                            _____

Owners:[7]                  _____

                            _____

Fair market value:          _____

Total balance of            _____
mortgages and
other liens.


28.    I own the following motor vehicles:

Make and model:             _____

Fair market value:          _____

Total balance of            _____
Vehicle loans
And other liens

29.    I hold a total of _____ in retirement assets, held in 401k, IRA

and similar retirement accounts.

30.    I own the following interests in a corporation, limited liability company,

partnership, or other entity:

_____

[7] List by name all owners of record (self and spouse, for example)

| Name of entity | State incorporated[8] | Type[9] and %age Interest |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

31.    I currently am anticipating receiving a tax refund totaling $_____.

## VI. ADDITIONAL CIRCUMSTANCES

32.    I submit the following circumstances as additional support for my effort to

discharge my student loans as an "undue hardship" under 11 U.S.C. §523(a)(8):

Incomplete education - No degree, work experience (i recieve a lot of job denials)
Financial hardship - Rent, Utilities, Food
Transportation - No car

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signature: _____

Name: _Natasha Jones_____

Date: _Sept 8, 2025_____

---

[8] The state, if any, in which the entity is incorporated. Partnerships, joint ventures and some other business entities might not be incorporated.

[9] For example, shares, membership interest, partnership interest.

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS<br><br>Natasha Jones | DEFENDANTS<br><br>Aidvantage |
|---|---|

| ATTORNEYS (Firm Name, Address, and Telephone No.) | ATTORNEYS (If Known) |
|---|---|

| PARTY (Check One Box Only)<br>☑ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☐ Other<br>☐ Trustee | PARTY (Check One Box Only)<br>☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☑ Creditor ☐ Other<br>☐ Trustee |
|---|---|

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Plaintiff brings this adversary proceeding under 11 U.S.C. § 523(a)(8) to determine the dischargeability of the student loan debt owed to Defendant. Repayment would impose an undue hardship, as Plaintiff's income and expenses make it impossible to pay while maintaining a minimal standard of living. Plaintiff has made good-faith efforts to repay, but repayment remains unmanageable.
WHEREFORE, Plaintiff requests the Court declare the debt dischargeable and grant any further relief deemed just.

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(a) – Recovery of Money/Property**
- ☐ 11-Recovery of money/property - §542 turnover of property
- ☐ 12-Recovery of money/property - §547 preference
- ☐ 13-Recovery of money/property - §548 fraudulent transfer
- ☐ 14-Recovery of money/property - other

**FRBP 7001(b) – Validity, Priority or Extent of Lien**
- ☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(c) – Approval of Sale of Property**
- ☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(d) – Objection/Revocation of Discharge**
- ☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(e) – Revocation of Confirmation**
- ☐ 51-Revocation of confirmation

**FRBP 7001(f) – Dischargeability**
- ☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
- ☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
- ☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(f) – Dischargeability (continued)**
- ☐ 61-Dischargeability - §523(a)(5), domestic support
- ☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
- ☑ 63-Dischargeability - §523(a)(8), student loan 1
- ☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
- ☐ 65-Dischargeability - other

**FRBP 7001(g) – Injunctive Relief**
- ☐ 71-Injunctive relief – imposition of stay
- ☐ 72-Injunctive relief – other

**FRBP 7001(h) Subordination of Claim or Interest**
- ☐ 81-Subordination of claim or interest

**FRBP 7001(i) Declaratory Judgment**
- ☐ 91-Declaratory judgment

**FRBP 7001(j) Determination of Removed Action**
- ☐ 01-Determination of removed claim or cause

**Other**
- ☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
- ☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought | |

B1040 (FORM 1040) (12/24)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR    Natasha Jones | BANKRUPTCY CASE NO. | |
| DISTRICT IN WHICH CASE IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** | | |
| PLAINTIFF    Natasha Jones | DEFENDANT    Aidvantage | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |

SIGNATURE OF ATTORNEY (OR PLAINTIFF)

| DATE    September 6,2025 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)    Natasha Jones |
|---|---|

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

**Cover Note for 3-Day Eviction Notice**

To the Clerk of Court / Trustee:

Please find attached my 3-day eviction notice. This document is submitted as supporting evidence for my adversary proceeding regarding student loan discharge and to provide context regarding my current housing situation and financial hardship.

Thank you for your attention to this matter.

Sincerely,
Natasha Jones

# 3 day notice – RENT NOT PAID   Inbox x

*Exhibit A*

**The Murray** <donotreply@myresman.com>   Unsubscribe
to me ▾

**09/08/2025**

**THREE (3) DAY NOTICE FOR NONPAYMENT OF RENT**
Florida Statute § 83.56(3)

To: Natasha Jones
Premises: Murray Apartments
Address: 4809 Plymouth Street
Amount Due: 7,247.74

Rent Was Due on The 1st
You are hereby notified that you are indebted to the undersigned Landlord/Agent in the sum of
7,247.74 for rent due
for the above-described premises. Demand is hereby made that you pay said rent or deliver
possession of the premises to the undersigned within THREE (3) DAYS (excluding Saturdays,
Sundays, and legal holidays) from the date of delivery of this notice, or legal proceedings will
be instituted against you to recover possession of said premises.

Landlord/Agent:
Murray Apartments
4809 Plymouth St.
Jacksonville, FL 32205
Phone: 904-490-8889

////////////////////////////////////////// ACTION PLAN //////////////////////////////////////////

**Counselors, please be sure to include your e-mail address and, if appropriate, a name and phone number so that client(s) can contact you if they have questions about their Action Plan and budget.**

**Counselor Name:** Vanessa Paolone

**Counselor Phone:** 866-724-3328 x 5980

**Counselor Email:** vanessa@dmcconline.org

**After reviewing the questionnaire on reasons/factors, what did you discuss with the client regarding the factors that are leading to the client considering bankruptcy.**

Client feels comfortable filing bk to assist her to get back on her feet.

**What recommendation did you make regarding the client's budget? How did the client respond to your recommendations?**

Client is behind on her rent and all utilities since she doesn't have any income. Client have been only paying for her food and that is because she has snap for her food. Ms. Jones will be utilizing the links below to be able to get rental, unit and food assistance as well as going through the links that may be able to assist her in fining a Job.

https://www.findhelp.org/ (utility, food pantries and other type of help)

www.energystar.gov

https://consumer.ftc.gov/ (Consumer advice)

https://Mymoney.gov

consumer.gov

Careeronestop.org (career one stop) resources for jobs and training

https://www.dol.gov/agencies/eta (employment and training administration)

**After reviewing the client's information including the budget, the factor/reason questionnaire, assets, and creditor list, please type in your analysis of the client's financial condition. Include a description of the particular issue(s) this client is struggling with. This analysis must be individual to the client and meaningful.**

Ms. Jones financial conditions is her being in the negative with possibility of getting evicted since she is almost 6 months behind and her utilities are also behind.

**List all of the client's options based on their individual situation.**

The best option for Ms. Jones will be to file BK to avoid getting sued by all her bill collectors.

**Cover Note for 3-Day Eviction Notice**

To the Clerk of Court / Trustee:

Please find attached my 3-day eviction notice. This document is submitted as supporting evidence for my adversary proceeding regarding student loan discharge and to provide context regarding my current housing situation and financial hardship.

Thank you for your attention to this matter.

Sincerely,
Natasha Jones

Exhibit A

## 3 day notice  Inbox ×

**Jax Murray** <jax-murray@myresman.com>     Unsubscribe
to me ▾

THREE (3) DAY NOTICE FOR NONPAYMENT OF RENT
Florida Statute § 83.56(3)
Date: September 8, 2025
To: Natasha Jones
Premises: Murray Apartments
Address: 4809 Plymouth St., Jacksonville, FL 32205
Amount Due: $7,247.74
Period Rent Was Due: September 1, 2025


You are hereby notified that you are indebted to the undersigned Landlord/Agent in the sum of
Seven Thousand Two Hundred Forty-Seven Dollars and 74/100 ($7,247.74) for rent due
for the above-described premises.
Demand is hereby made that you pay said rent or deliver
possession of the premises to the undersigned within THREE (3) DAYS (excluding Saturdays,
Sundays, and legal holidays) from the date of delivery of this notice, or legal proceedings will
be instituted against you to recover possession of said premises.

Landlord/Agent:
Murray Apartments
4809 Plymouth St.
Jacksonville, FL 32205
Phone: 904-490-8889

//////////////////////////////////////////// ACTION PLAN ////////////////////////////////////////////

**Counselors, please be sure to include your e-mail address and, if appropriate, a name and phone number so that client(s) can contact you if they have questions about their Action Plan and budget.**

**Counselor Name:**Vanessa Paolone

**Counselor Phone:**866-724-3328 x 5980

**Counselor Email:**vanessa@dmcconline.org

**After reviewing the questionnaire on reasons/factors, what did you discuss with the client regarding the factors that are leading to the client considering bankruptcy.**

Client feels comfortable filing bk to assist her to get back on her feet.

**What recommendation did you make regarding the client's budget? How did the client respond to your recommendations?**

Client is behind on her rent and all utilities since she doesn't have any income. Client have been only paying for her food and that is because she has snap for her food. Ms. Jones will be utilizing the links below to be able to get rental, unit and food assistance as well as going through the links that may be able to assist her in fining a Job.

https://www.findhelp.org/ (utility, food pantries and other type of help)

www.energystar.gov

https://consumer.ftc.gov/ (Consumer advice)

https://Mymoney.gov

consumer.gov

Careeronestop.org (career one stop) resources for jobs and training

https://www.dol.gov/agencies/eta (employment and training administration)

**After reviewing the client's information including the budget, the factor/reason questionnaire, assets, and creditor list, please type in your analysis of the client's financial condition. Include a description of the particular issue(s) this client is struggling with. This analysis must be individual to the client and meaningful.**

Ms. Jones financial conditions is her being in the negative with possibility of getting evicted since she is almost 6 months behind and her utilities are also behind.

**List all of the client's options based on their individual situation.**

The best option for Ms. Jones will be to file BK to avoid getting sued by all her bill collectors.